1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAINSTAY BUSINESS SOLUTIONS

11                   Plaintiff,                    No.  2:10-cv-3344 KJM GGH

12            vs.

13   INDUSTRIAL STAFFING SERVICES, INC.
     et al.
14
                     Defendant.                    ORDER
15
     _____/
16

17          The parties by and through counsel met for scheduling of this case on June 7, 2012.

18   The parties requested a referral of this matter to VDRP.  That request will be granted.

19          The parties also consented to proceed before the undersigned pursuant to 28 U.S.C.

20   § 636(c).  When the district judge approves the transfer of the case to the undersigned as presiding

21   judge, a stay of proceedings will be entered pending completion of VDRP.

22          The Clerk shall serve this order on Sujean Park, VDRP Administrator.

23   DATED: June 7, 2012

                                           /s/ Gregory G. Hollows
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

                                          1