IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAINSTAY BUSINESS SOLUTIONS

               Plaintiff,                     No.  2:10-cv-3344 KJM GGH

     vs.

INDUSTRIAL STAFFING SERVICES, INC.
et al.

               Defendant.                    ORDER

_____/

        The parties by and through counsel met for scheduling of this case on June 7, 2012. The parties requested a referral of this matter to VDRP.  That request will be granted.

        The parties also consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c).  When the district judge approves the transfer of the case to the undersigned as presiding judge, a stay of proceedings will be entered pending completion of VDRP.

        The Clerk shall serve this order on Sujean Park, VDRP Administrator.

DATED: June 7, 2012

                          /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE