IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAINSTAY BUSINESS SOLUTIONS

       Plaintiff,                  No.  2:10-cv-3344 GGH

       vs.

INDUSTRIAL STAFFING SERVICES, INC. et al.

       Defendants.

_____/

       On June 7, 2012, the parties, by and through counsel, met in status conference before the undersigned.  The parties consented to the undersigned as presiding judge pursuant to 28 U.S.C. § 636(c), and the case was reassigned to the undersigned on June 13, 2012.

       The parties desired to have this case resolved, if possible, via the district's VDRP program, and the case was referred to VDRP on June 8, 2012.  They also desired a stay of proceedings pending completion of the VDRP process.

\\\\\

\\\\\

\\\\\

\\\\\

1

ACCORDINGLY,

1. All other proceedings in the case are stayed until further order of the court;

2. The parties shall file a report at the conclusion of VDRP as to whether the case has resolved, and such report shall be filed within 10 days of the completion of VDRP,

3. The Clerk shall serve this order on the VDRP administrator, Sujean Park.

DATED: June 13, 2012

                                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE