IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAINSTAY BUSINESS SOLUTIONS

      Plaintiff,                         No. 2:10-cv-3344 GGH

      vs.

INDUSTRIAL STAFFING SERVICES, INC.
 et al.

      Defendants.                      <u>ORDER</u>

_____/

        On October 1, 2012, the parties filed a joint VDRP Completion Report, notifying the court that the case has resolved. They contemplate a comprehensive settlement agreement being executed within thirty days, and a request for dismissal being filed within forty-five (45) to sixty (60) days.

        Accordingly, IT IS ORDERED that dispositional papers shall be filed within sixty (60) days of this order. No extensions of time will be permitted. <u>See</u> E.D. Local Rule 160.

DATED: October 3, 2012

                                  /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Mainstay3344.set.dispo.wpd