IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAINSTAY BUSINESS SOLUTIONS

      Plaintiff,                     No.  2:10-cv-3344 GGH

      vs.

INDUSTRIAL STAFFING SERVICES, INC. et al.

      Defendants.                 ORDER

_____/

      On October 1, 2012, the parties filed a joint VDRP Completion Report, notifying the court that the case has resolved.  They contemplate a comprehensive settlement agreement being executed within thirty days, and a request for dismissal being filed within forty-five (45) to sixty (60) days.

      Accordingly, IT IS ORDERED that dispositional papers shall be filed within sixty (60) days of this order.  No extensions of time will be permitted.  See E.D. Local Rule 160.

DATED: October 3, 2012

                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Mainstay3344.set.dispo.wpd