IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAINSTAY BUSINESS SOLUTIONS

     Plaintiff,               No.  2:10-cv-3344 GGH

     vs.

INDUSTRIAL STAFFING SERVICES, INC.
 et al.

     Defendants.             ORDER

_____/

        On October 4, 2012, this court issued an order requiring the parties to file dispositional papers within sixty (60) days.  The parties were advised at that time that no extensions of time would be permitted.  <u>See</u> E.D. Local Rule 160.

        Accordingly, IT IS ORDERED that the parties show cause within fourteen (14) days of this order why this action should not be dismissed for failure to comply with this court's October 4, 2012 order.

DATED: December 14, 2012

                       /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076/Mainstay3344.osc.wpd