Michael A. Peart
Law Offices of Michael A. Peart
13389 Folsom Blvd., 300-189
Folsom, CA 95630
Telephone (916) 905-0280
e-mail: maplaw@earthlink.net

Attorney for Plaintiff
Mainstay Business Solutions

## IN THE U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAINSTAY BUSINESS SOLUTIONS,** | No. 2:10-cv-03344 GGH |
| **Plaintiff** | |
| v. | **ORDER OF DISMISSAL** |
| **INDUSTRIAL STAFFING, INC., et al.** | |
| **Defendants** | **Judge: Gregory G. Hollows** |

Pursuant to the parties' stipulation and good cause appearing,

    IT IS HEREBY ORDERED as follows:

1. This entire action is dismissed with prejudice, including all claims/causes of action of Mainstay Business Solutions against Defendant Industrial Staffing, Inc., et al.;
2. Each of the Parties shall bear their own attorneys' fees and costs incurred in this action.

DATED this 26thday of December 2012

                              /s/ Gregory G. Hollows
                        By:_____
                          Honorable Gregory G. Hollows
                          United States Magistrate Judge